# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE DOW | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE KEYS |
|---|---|---|---|
| CASE NUMBER | 06 GJ 834 | DATE | JULY 10, 2008 |
| CASE TITLE | US v. ROBERTO CALLERIO | | 08 CR 545 |

(In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

MOTION:

## GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL JUNE 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#