## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 545 - 1 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Roberto Callerio | | |

**DOCKET ENTRY TEXT**

Arraignment is set for Wednesday, July 23, 2008 at 10:15 a.m. before Magistrate Judge Cole in courtroom 1838.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|