## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 545-1 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Roberto Callerio | | |

**DOCKET ENTRY TEXT**

Defendant fails to appear for arraignment. The Government's oral motion to place the case on the Fugitive Calendar is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|